USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HOWARD EHRENBERG,

        Plaintiff,

- against -

BDO GLOBAL COORDINATION, B.V.,

        Defendant.

---

09 Civ. 1801 (RJH)

**ORDER**

Because the parties have stipulated to dismissal, the oral argument presently scheduled for November 13 is adjourned.

SO ORDERED.

Dated: New York, New York
      November 10, 2009

                                          Richard J. Holwell
                                          United States District Judge